UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C11-2157 MJP |
| Plaintiff, | ORDER |
| v. | |
| $12,144.00 IN UNITED STATES FUNDS, | |
| Defendant. | |

On March 28, 2012, an Order of Default was entered in the above-entitled matter. Dkt. No. 9.

As of the date of this order, no motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment in this matter no later than **May 21, 2012** or the Court will dismiss the matter for failure to prosecute.

ORDER- 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated this 14th day of May, 2012.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER- 2