UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C11-2157 MJP |
| Plaintiff, | ORDER |
| v. | |
| $12,144.00 IN UNITED STATES FUNDS, | |
| Defendant. | |

On March 28, 2012, an Order of Default was entered in the above-entitled matter. Dkt. No. 9.

As of the date of this order, no motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment in this matter no later than **May 21, 2012** or the Court will dismiss the matter for failure to prosecute.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 14th day of May, 2012.

Marsha J. Pechman
United States District Judge