Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>$12,144.00 IN UNITED STATES FUNDS, MORE OR LESS, AND ALL PROCEEDS THEREFROM, SEIZED FROM KEY BANK ACCOUNT XXXXXXXX6767, AND HELD IN THE NAME OF LEE CARTER,<br><br>                Defendant. | NO. C11-2157 MJP<br><br>**JUDGMENT OF FORFEITURE** |

      Plaintiff, United States of America, filed its Verified Complaint for Forfeiture In Rem against the above-captioned $12,114.00 in United States funds, more or less, and all proceeds therefrom, on December 23, 2011, pursuant to Title 18, United States Code, Section 981(a)(1)(C), for violations of Title 18, United States Code, Section 641

(Embezzlement and Theft of Public Property).

On February 3, 2012, the United States filed a Notice of Complaint for Forfeiture In Rem in which all interested persons were advised to file their claims pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure with the Clerk of the Court within thirty-five (35) days after the date of service and to serve their Answers to the Complaint within twenty (20) days after filing a claim.

Notice of the forfeiture action was published on the www.forfeiture.gov website between December 30, 2011 and January 28, 2012. All interested persons were advised to file their claims pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure with the Clerk of the Court within sixty (60) days after the first date of publication and to serve their Answers to the Complaint within twenty (20) days after filing a claim.

All persons and entities believed to have an interest in the defendant funds were given proper notice of the intended forfeiture. No other petitioners or claimants have come forth to assert an interest in the defendant funds, and the time for doing so has expired.

On March 28, upon Application of the United States, this Court entered an Order of Default against Ronnie George, Nancy Stone, Lee Carter and any unknown persons who have failed to plead, answer, or otherwise submit a claim as to the above-captioned funds.

Now, therefore, on Motion of the Plaintiff, the United States of America, for a Judgment of Forfeiture of the defendant funds, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. This Court has jurisdiction over this action under Title 28, United States Code, Sections 1345 and 1355, and venue pursuant to Title 28, United States Code, Section 1395.

2. The defendant $12,114.00 in United States funds, more or less, and all proceeds therefrom, seized from Key Bank account number XXXXXXXX6767 held in the name of Lee Carter is hereby forfeited to the United States of America and no right, title or interest in the above-described defendant funds shall exist in any other party.

3. The United States Marshals, and/or its agents and representatives shall dispose of the defendant funds in accordance with the law.

4. The Court shall deliver one (1) "raised seal," certified copy of the Judgment for Forfeiture of the defendant funds to the United States Attorney's Office in Seattle, WA.

DATED this ___12th___ day of ___June___, 2012.

Marsha J. Pechman
Chief United States District Judge

Presented by:
 *s/ Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-2242
Fax No.: 206-553-6934
E-Mail: Francis.Franze-Nakamura@usdoj.gov